

ZACHARY W. CARTER
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ARIEL S. LICHTERMAN
*Assistant Corporation Counsel*
Phone:  (212) 356-3520
Fax:  (212) 356-3509
alichter@law.nyc.gov

May 12, 2017

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Andre Brown v. City of New York, et al.</u>
    16-CV-959 (ILG)(JO)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel for the City of New York, and the attorney assigned to represent Defendants in the above-referenced matter. Defendants write to inform the Court that after further consideration, we will not be submitting additional briefing to enforce the settlement agreement. Thank you for your consideration of this matter.

                Respectfully submitted,

                /s/
                Ariel S. Lichterman
                Assistant Corporation Counsel

cc: Devon Wilt, Esq. (By ECF)
   *Attorney for Plaintiff*
   160 Broadway - 4th Floor
   New York, New York 10038